No. 86–6538.  BREWER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–6539.  WALITWARANGKUL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–6542.  AL-KURNA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–6548.  THOMAS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 86–49.  AMERICAN ELECTRIC POWER CO., INC., ET AL. *v.* KENTUCKY PUBLIC SERVICE COMMISSION ET AL.  C. A. 6th Cir. Motions of Edison Electric Institute and Eastern Utilities Associates et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 86–546.  NEW ORLEANS PUBLIC SERVICE, INC. *v.* CITY OF NEW ORLEANS ET AL.  C. A. 5th Cir.  Motions of System Energy Resources, Inc., Edison Electric Institute, National Association of Regulatory Utility Commissioners, and Eastern Utilities Associates et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 86–806.  PATTERSON ET AL. *v.* JOSEPH ET AL.  C. A. 6th Cir.  Motion of Prosecuting Attorneys Association of Michigan for leave to file a brief as *amicus curiae* granted.  Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 86–1082.  CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* WOLLERSHEIM.  Ct. App. Cal., 2d App. Dist.  Motions of National Association for the Advancement of Colored People and National Council of Churches of Christ in the U. S. A. for leave to file briefs as *amici curiae* granted.  Certiorari denied.  JUSTICE BRENNAN took no part in the consideration or decision of these motions and this petition.

No. 86–1116.  LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* CHANEY.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.